# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Jesse Black, | ) | Case No.: **3:25-cv-05333-JFA** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' EXPERT DISCLOSURES** |
| Zachary J. Clevenger and CRST | ) | |
| Expedited, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Defendants Zachary J. Clevenger and CRST

Expedited, Inc., disclose the following experts:

**Brian M. Boggess, M.S., P.E.**
S-E-A, Ltd.
3139 Westinghouse Blvd.
Charlotte, NC 28273
(704) 357-1402
bboggess@SEAlimited.com

Brian Boggess is a licensed professional engineer specializing in mechanical engineering and accident reconstruction. His work includes the study of motor vehicle collisions, such as the subject incident.  He is expected to testify regarding his accident reconstruction of the subject MVC, and his resulting opinions thereof.

**P. Douglass deHoll, M.D.**
Orthopedic Surgeon
Prisma Health
104 Saluda Point Dr.
Lexington, SC 29072
(803) 296-9230

Dr. deHoll is an orthopedic surgeon with Prisma Health. He is expected to testify regarding his review of the medical records, imaging, and discovery exchanged in this suit and his resulting opinions thereof.

**Defendants reserve the right to supplement these disclosed experts with those allowed pursuant to any agreement of the parties and/or leave of the Court.**

Depending on representations or individuals Plaintiff seeks to elicit testimony from or about Plaintiff past, present, or future medical treatment relating to the alleged injuries and treatment in this case, Defendants reserve the right to supplement and identify additional witnesses who may have specialized knowledge, skill, or training in the corresponding are of medical diagnosis and/or treatment.

Defendants reserve the right to call any retained or non-retained experts disclosed by Plaintiff in this matter. Specifically, Plaintiff identified retained experts and has not produced the required reports from these experts under FRCP 26. Should these witnesses be allowed to testify, Defendants may need to identify additional rebuttal experts.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Marshall C. Crane
Mark S. Barrow Fed. I.D. No. 1220
Marshall C. Crane Fed. I.D. No. 12455
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina

July 9, 2026